IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: Jacob Quinn Wetz,           )
                                    )      CASE NO,:
                                    )      CHAPTER 13

PLAN PAYMENT: Debtor to pay 60 payments of $ 867.00 Per month either by ( )
Payroll deduction or ( X ) direct payment by the debtor(s).

ADMINISTRATIVE: Debtor to pay attorney fee of $ 2074.00 per Local Procedure
Through the Plan

HOME MORTGAGES: Regular mortgage payments and arrearage ( if any ) are to be paid as
Follows:

| LIEN HOLDER | MORTGAGE PAYMENT | TOTAL ARREARS | MONTHLY PAYMENTS ON ARREARS CLAIM |
|---|---|---|---|
| 1st Affiliated Bank | $1057.38 | N/A | N/A |
| 2nd REI | $45.00 | N/A | N/A |

(Monthly mortgage payment current and to be paid outside the Plan)
(Monthly mortgage payment current and to be paid outside the Plan)

Secured claims : Retain lien U.S.C. 1325 ( a ) ( 4 ) ( B ) ( I )

| CREDITOR NAME | COLLATERAL | VALUE | INT. | PLAN PAYMENT |
|---|---|---|---|---|
| Integris FCU | 2006 Honda UEX | $9,000.00 | 5% | $506.38 |

PRIORITY
CLAIMS: None

ANY OTHER SPECIAL PLAN PROVISIONS: NONE

UNSECURED CLAIMS: Pay 25% of these claims. Base amount $ 52,020.00
Plan length estimated to be approximately 60.

Dated: 9\21\2010

Chris Mudd OBA# 14008
3904 N. W. 23rd. Street
Oklahoma City, OK. 73107
Attorneys for Debtor(s)

Debtor