IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JACOB QUINN WETZ

Debtor

Case No. 10-15794
"AMENDED" CHAPTER 13 PLAN

CERTIFICATE OF MAILING
OF AMENDED
CHAPTER 13 PLAN

/s/ CHRIS MUDD
CHRIS MUDD OBA # 14008
3904 N.W. 23RD STREET
OKLAHOMA CITY, OK. 73107
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: Jacob Quinn Wetz,  )
                                            )   CASE NO.:
                                            )   CHAPTER 13

### AMENDED CHAPTER 13 PLAN

PLAN PAYMENT: Debtor to pay 60 payments of $ 912.00 Per month either by ( ) Payroll deduction or ( X ) direct payment by the debtor(s).

ADMINISTRATIVE: Debtor to pay attorney fee of $ 2074.00 per Local Procedure Through the Plan

HOME MORTGAGES: Regular mortgage payments and arrearage ( if any ) are to be paid as Follows:

| LIEN HOLDER | MORTGAGE PAYMENT | TOTAL ARREARS | MONTHLY PAYMENTS ON ARREARS CLAIM |
|---|---|---|---|
| 1st Affiliated Bank | $1057.38 | N/A | N/A |
| (Monthly mortgage payment current and to be paid outside the Plan) | | | |
| 2nd REI | $45.00 | N/A | N/A |
| (Monthly mortgage payment current and to be paid outside the Plan) | | | |

Secured claims : Retain lien U.S.C. 1325 ( a ) ( 4 ) ( B ) ( I )

| CREDITOR NAME | COLLATERAL | VALUE | INT. | PLAN PAYMENT |
|---|---|---|---|---|
| Integris FCU | 2006 Honda UEX | $9,000.00 | 5% | $550.72 |

PRIORITY
CLAIMS: None

ANY OTHER SPECIAL PLAN PROVISIONS: NONE

UNSECURED CLAIMS: Pay 25% of these claims. Base amount $ 54,720.00
Plan length estimated to be approximately 60.

Dated: 10/26/10

Chris Mudd OBA# 14008
3904 N. W. 23rd. Street
Oklahoma City, OK. 73107
Attorneys for Debtor(s)

X _____
   Debtor

## CERTIFICATE OF MAILING

I, Chris Mudd, certify that on this 27 day of October, 2010, a true and exact copy of the Amended Chapter 13 Plan was mailed postage pre-paid to the attached mailing matrix and to the following::

John Hardeman
Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK 73101

/s/Chris Mudd
Chris Mudd OBA # 14008
3904 N. W. 23rd Street
OKC, OK 73107
(405) 948-6389
ATTORNEY FOR DEBTOR(S)

```
Label Matrix for local noticing      HSBC Bank Nevada, N.A.              HSBC Western District of Oklahoma
1087-5                                Bass & Associates, P.C.             215 Dean A. McGee
Case 10-15794                         3935 E. Ft. Lowell Rd., Suite 4200  Oklahoma City, OK 73102-3440
Western District of Oklahoma          Tucson, AZ 85712-1083
Oklahoma City
Sun Oct 24 12:57:45 CDT 2010

Affiliated Bank                       American Express                    American Express
2326 W. Pleasant Ridge                P. O. Box 360001                    P. O. Box 981537
Arlington, TX 76015-4526              Fort Lauderdale, FL 33336-0001      El Paso, TX 79998-1537


Bank of America                       Best Buy/HSBC                       CPU/Citibank CBSNA
P. O. Box 15026                       P. O. Box 60148                     P. O. Box 6497
Wilmington, DE 19850-5026             City of Industry, CA 91716-0148     Sioux Falls, SD 57117-6497


Chase                                 Citi Bank                           (p)DISCOVER FINANCIAL SERVICES LLC
Cardmember Service                    701 E. 60th St N.                   PO BOX 3025
P. O. Box 94014                       Sioux Falls, SD 57104-0493          NEW ALBANY OH 47050-3025
Palatine, IL 60094-4014


Discover Personal Loan                Fia Card Services, NA As Successor In Intere   Integris Federal Credit Union
PO Box 30954                          Bank of America NA and MBNA America Bank       4930 N. Portland-Ste. 101
Salt Lake City, UT 84130-0954         1000 Samoset Drive                             Oklahoma City, OK 73112-6100
                                      DE5-023-03-03
                                      Newark, DE 19713-6000


REI                                   Sallie Mae                          Sallie Mae Inc. on behalf of OGSLP
c/o CBB Inc.                          P. O. Box 9500                      421 NW 13th St
3501 N. W. 63rd-Ste. 300              Wilkes Barre, PA 18773-9500         Oklahoma City, OK 73103-3701
Oklahoma City, OK 73116-2203


U.S. Trustee                          Chris Mudd                          Jacob Quinn Watt
United States Trustee                 Chris Mudd & Associates             11500 Bluff Creek Drive
215 Dean A. McGee Ave., 4th Floor     3904 NW 23rd St.                    Oklahoma City, OK 73162-3723
Oklahoma City, OK 73102-3440          Oklahoma City, OK 73107-2740


John T. Hardeman
PO Box 1546
Oklahoma City, OK 73101-1948
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Svs LLC            End of Label Matrix
P. O. Box 30954                       Mailable recipients    21
Salt Lake City, UT 84130-0954         Bypassed recipients     0
                                      Total                  21
```